UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY KEE,<br><br>            Plaintiff,<br><br>    v.<br><br>JOANNA SAGERS, et al.,<br><br>            Defendants. | Case No. 15-cv-05056-RS<br><br>**ORDER EXTENDING DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY BRIEF** |

On December 3, 2015, defendants filed a motion to dismiss plaintiff Jeremy Kee's complaint. Local Rule 7-3(a) requires that opposition briefs be filed and served within fourteen days after the motion was filed. "[I]f the motion was not filed or served through the Court's Electronic Case Filing (ECF) system and was served pursuant to Fed. R. Civ. P. 5(b)(2)(C), (D), (E) or (F)," L.R. 7-3(a), however, that deadline is automatically extended by three days. Because Kee is representing himself and does not receive ECF notifications, defendants opted to serve him by mail. Accordingly, the deadline for Kee to file and serve his opposition brief was extended to December 21, 2015.

Apparently, on December 21, 2015, Kee signed and submitted his opposition papers to the court. In addition, Kee certified that he sent copies of his opposition papers to defendants by mail. Kee's filings were never entered into the ECF docket. In light of these events, defendants' deadline to file their reply brief shall be extended until January 11, 2016. As previously indicated, this matter will be submitted without oral argument pursuant to Local Rule 7-1(b).

1    **IT IS SO ORDERED**.

3    Dated:  January 4, 2016

_____
RICHARD SEEBORG
United States District Judge